Name      James F. Wees

Bar #     011136

Firm      Wees Law Firm, LLC

Address   3216 N. 3rd Street

          Suite 201

          Phoenix, AZ 85012

Telephone 602.288.1691

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Zakeeius Leggions, individually and on behalf of the statutory beneficiaries of Sophia Green, deceased,

    Plaintiff,

    vs.

Yongchau Chen and Jane Doe Chen, husband and wife; Tengfei Trucking, Inc., a foreign corporation; Big Brother Inc., a foreign corporation; Alfred Green; Contract Freighters, Inc., a foreign corporation; John and Jane Does 1-5; ABC Corporations 1-5;

    Defendants.

**Case No.** CV-21-08057-JJT

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Tengfei Trucking, Inc.

in compliance with the provisions of: *(check one)*

[ × ] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[×] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

[ ] Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __22nd____ day of __July_____, _2022_____.

/s/ James F. Wees
_____
Counsel of Record

Certificate of Service:

I hereby certify that on July 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, thereby transmitting a Notice of Electronic Filing to all ECF registrants

- 2 -