**WEES LAW FIRM, L.L.C.**
1617 E. Pinchot Avenue
Phoenix, AZ 85016
(602) 288-1691
James F. Wees (011136)
james@weeslawfirm.com
*Attorney for Defendants Yongchau*
*Chen and Tengfei Trucking, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Zakeeius Leggions, individually and on behalf of the statutory beneficiaries of Sophia Green, deceased,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Yongchau Chen and Jane Doe Chen, husband, and wife; Tengfei Trucking, Inc., a foreign corporation; Big Brother Inc Transportation, Inc., a foreign corporation; Alfred Green; Contract Freighters, Inc., a foreign corporation; John and Jane Does 1-5; ABC Corporations 1-5.<br><br>　　　　　　　　　　　　Defendants. | Case No.: CV-21-08057-JJT<br><br><br>**DEFENDANTS/CROSS-DEFENDANTS TENGFEI TRUCKING, INC.'S MOTION *IN LIMINE* Re: YONGCHAU CHEN'S DRIVING RECORD** |
| Big Brother Transportation, Inc.,<br><br>　　　　　　　　　　　　Cross-Claimant,<br><br>vs.<br><br>Tengfei Trucking, Inc.,<br><br>　　　　　　　　　　　　Cross-Defendant. | |

Alfred Green,

Cross-Claimant,

vs.

Yongchau Chen and Jane Doe Chen, Husband and Wife; Tengfei Trucking, Inc., a foreign corporation; Big Brother Transportation, Inc., a foreign corporation; John and Jane Does 1-5; and ABC Corporations 1-5,

Cross-Defendants.

Protective Insurance Company,

Plaintiff,

vs.

Yongchau Chen, Tengfei Trucking, Inc. and Big Brother Transportation, Inc.,

Defendants.

Defendants, Yongchau Chen and Tengfei Trucking, Inc., by and through counsel undersigned, hereby submit their Motion *in Limine* - Defendant, Yongchau Chen's Driving Record as follows:

The Defendants request the Court order Plaintiffs, Plaintiffs' attorney, and all witnesses not to mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner, any matters concerning prior convictions and/or records from a bureau of motor vehicles pertaining to the driving record of Defendant Chen. For purposes of attacking the credibility of a witness, evidence that the witness has been convicted of a crime or an attempt of a crime shall be admitted but only if the crime committed or attempted is either one of nine specifically enumerated crimes or a crime involving dishonesty or false statement. *Evid.R. 609.*

2

Defendant Chen believes that Plaintiff may attempt to introduce evidence of his records with regard to the Defendant's past and present driving history. Unless the driving record contains any of the crimes listed in *Federal Rule of Evidence 609(a)*, it is inadmissible.  Also, for purposes of attacking or supporting the credibility of a witness, a party may not inquire into or prove by extrinsic evidence specific instances of conduct other than convictions of those crimes provided in *Federal Rule of Evidence 609.  Evid. R. 608*.

**WHEREFORE** the Defendants, Yongchau Chen and Tengfei Trucking, Inc., by counsel, request that their motion *in limine* be granted, and for all other relief just and proper.

Dated this 19th day of March, 2024.

WEES LAW FIRM, LLC

By: */s/ James F. Wees*
James F. Wees
1617 E. Pinchot Avenue
Phoenix, Arizona 85016
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I electronically transmitted the attached document to the listed recipients using non-ECF methodology specifically electronic mail.:

Mark Paul Breyer
Edward M. Ladley
BREYER LAW OFFICES PC

3

3840 E Ray Rd.
Phoenix, AZ 85044
mark@breyerlaw.com
Edward@BreyerLaw.com
*Attorneys for Plaintiffs*

Stephen Chamberlain Maxwell
BAILEY & GALYEN
1300 Summit Ave., Ste. 650
Ft Worth, TX 76102
smaxwell@galyen.com
*Attorney for Alfred Green*

Bruce Feder
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
bf@federlawpa.com
*Attorney for Alfred Green*

Ryan L. Woody
MATTHIESEN, WICKERT & LEHRER, S.C.
P.O. Box 270670
Hartford, WI 53027-0670
rwoody@mwl-law.com
*Attorney for Intervenor, Protective Insurance*

Charles W. Wirken
GUST ROSENFELD P.L.C.
One East Washington, Suite 1600
Phoenix, AZ 85004-2553
cwirken@gustlaw.com
*Co-Counsel for Yongchau Chen and*
*Tengfei Trucking, Inc.*


By:  */s/ Jacinda Austin*

4