**WEES LAW FIRM, L.L.C.**
1617 E. Pinchot Avenue
Phoenix, AZ 85016
(602) 288-1691
James F. Wees (011136)
james@weeslawfirm.com
*Attorney for Defendants Yongchau*
*Chen and Tengfei Trucking, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Zakeeius Leggions, individually and on behalf of the statutory beneficiaries of Sophia Green, deceased,<br><br>                                Plaintiff,<br><br>vs.<br><br>Yongchau Chen and Jane Doe Chen, husband, and wife; Tengfei Trucking, Inc., a foreign corporation; Big Brother Inc Transportation, Inc., a foreign corporation; Alfred Green; Contract Freighters, Inc., a foreign corporation; John and Jane Does 1-5; ABC Corporations 1-5.<br><br>                                Defendants. | Case No.: CV-21-08057-JJT<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable John Tuchi) |
| Big Brother Transportation, Inc.,<br><br>                                Cross-Claimant,<br><br>vs.<br><br>Tengfei Trucking, Inc.,<br><br>                                Cross-Defendant. | |

Alfred Green,

                Cross-Claimant,

vs.

Yongchau Chen and Jane Doe Chen, Husband and Wife; Tengfei Trucking, Inc., a foreign corporation; Big Brother Transportation, Inc., a foreign corporation; John and Jane Does 1-5; and ABC Corporations 1-5,

                Cross-Defendants.

Protective Insurance Company,

                Plaintiff,

vs.

Yongchau Chen, Tengfei Trucking, Inc. and Big Brother Transportation, Inc.,

                Defendants.

Pursuant to LRCiv 40.2(d), the parties hereby provide notice to this Honorable Court that the above-referenced matter has been settled and request that the trial set in this matter be vacated as well as all other matters on the Court's calendar.

A Stipulation for Dismissal will be forwarded within forty-five (45) days.

Dated this 22nd day of March, 2024.

                WEES LAW FIRM, LLC

                By: */s/ James F. Wees*
                    James F. Wees
                    1617 E. Pinchot Avenue
                    Phoenix, Arizona 85016
                    Attorney for Defendants

                BREYER LAW OFFICES PC

                */s/ Mark P. Breyer w/ permission*

Mark P. Breyer
Edward M. Ladley
3840 E Ray Rd.
Phoenix, AZ 85044
mark@breyerlaw.com
Edward@BreyerLaw.com
*Attorneys for Plaintiffs*

BAILEY & GALYEN

*/s/ Stephen C. Maxwell w/ permission*
Stephen C. Maxwell
1300 Summit Ave., Ste. 650
Ft Worth, TX 76102
smaxwell@galyen.com
*Attorney for Alfred Green*

MATTHIESEN, WICKERT & LEHRER, S.C

*/s/ Ryan L. Woody w/ permission*
Ryan L. Woody
P.O. Box 270670
Hartford, WI 53027-0670
rwoody@mwl-law.com
*Attorney for Intervenor, Protective Insurance*

GUST ROSENFELD P.L.C.

*/s/ Charles W. Wirken w/ permission*
Charles W. Wirken
One East Washington, Suite 1600
Phoenix, AZ 85004-2553
cwirken@gustlaw.com
*Co-Counsel for Yongchau Chen and Tengfei Trucking, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I electronically transmitted the attached document to the above-listed recipients using non-ECF methodology specifically electronic mail.


By:  */s/ Jacinda Austin*